

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2016

No. 04-16-00236-CV

**IN THE INTEREST OF G.A. IV, ET AL., CHILDREN**,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-01-0021-CVW
Melissa Uram-Degerolami, Judge Presiding

## O R D E R

　　The reporter's record is due today, April 21, 2016. On April 19, 2016, the reporter filed a notification of late record, asking for an extension of time to May 10, 2016. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b). Accordingly, we **GRANT** the reporter's request, and therefore we **ORDER** the court reporter to file the reporter's record in this court on or before May 10, 2016.

_____
Marialyn Barnard, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court